**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CLERK'S MINUTES**

**CASE NUMBER:** **CA04-153T**

**DATE:** **June 1st, 2005**

**TITLE OF CASE:** **Lynne Traceski, et al. v. Malcolm Moore, et al.**

**************************************************************************

**PRESIDING JUDGE:** **Ernest C. Torres**
**COURTROOM CLERK:** **Ryan H. Jackson**
**COURT REPORTER:** **Angela Reynolds**

**************************************************************************

**COUNSEL PRESENT:** **Plaintiff:** **Damon D'Ambrosio**

**Defendant:** **Michael DeSisto**

**************************************************************************

**JURY TRIAL**

06/01/05 DAY 1: All Counsel of Record present. Plaintiff is present. Defendant is present. Jury is present. Court addresses Jury. Plaintiffs deliver their Opening Statement; Defendants deliver their Opening Statement. Plaintiffs call 2 Witnesses. Plaintiffs rest. Jury excused. Defendants argue their Motion for Judgment as a Matter of Law. Plaintiff argues against the Motion. Court grants the Motion as to all Defendants. Jury present. Court addresses Jury. Jury dismissed. Court directs Clerk to enter Judgment in favor of the Defendants.

Recess.