AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Tracerski, et al. v. Moore, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA04-153T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TORRES | Damon D'Ambrosia | Michael DeSisto |
| TRIAL DATE(S) 6/1/05 X | COURT REPORTER A. Reynolds | COURTROOM DEPUTY R. Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/1/05 | | | W-1 Robert Traceski |
| | | 6/1/05 | | | W-2 Lynne Traceski |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.