# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERT TRACESKI and LYNNE TRACESKI,
Plaintiffs,

v. C.A. No. 04-153T

MALCOLM MOORE, in his capacity as Finance Director of the Town of West Warwick, JOSEPH MCCONAGHY, NORMAN GIROUX, JOHN GARDINER, alias, and the TOWN OF WEST WARWICK
Defendants,

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to an Oral Order of the Court delivered in open court on June 1, 2005, the Defendants Motion for Judgment as a Matter of Law is GRANTED as to all Defendants. Judgment hereby enters for all of the Defendants against the Plaintiffs.

Enter:

Deputy Clerk

Dated: June 2, 2005