UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT TRACESKI and LYNNE TRACESKI | : | |
| VS. | : | C.A. NO.: 04-153-T |
| MALCOLM MOORE, in his capacity as Finance Director of the Town of West Warwick, JOSEPH MCCONAGHY, NORMAN GIROUX, JOHN GARDINER, Alias, and the TOWN OF WEST WARWICK | : | |

**NOTICE OF APPEAL**

NOW COME the plaintiffs, Robert Traceski and Lynne Traceski, and hereby claim and serve notice of their Appeal of the Decision and Judgment of the United States District Court, per Mr. Justice Torres, entered herein on or about the 2nd day of June, 2005, granting the defendants' Motion for Judgment as a matter of law.

Plaintiffs,
ROBERT TRACESKI and LYNNE TRACESKI,
By their Attorney,

Damon D'Ambrosio (#3581)
1845 Smith Street
North Providence, RI 02911
(401) 231-7020
Fax: (401) 231-7441

**CERTIFICATION**

I hereby certify that on this the 3d day of June, 2005, I served a true and correct copy of the within Notice of Appeal upon Marc DeSisto, Esquire and Michael DeSisto, Esquire, both of DeSisto Law, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563, by regular mail, postage prepaid.