04-153T

# United States Court of Appeals
## For the First Circuit

No. 05-2017

ROBERT TRACESKI; LYNNE TRACESKI

Plaintiffs - Appellants

v.

MALCOLM MOORE, in his capacity as Finance Director of the Town of West Warwick; JOSEPH MCCONAGHY; NORMAN GIROUX; JOHN P. GARDINER, Alias; TOWN OF WEST WARWICK, RHODE ISLAND

Defendants - Appellees

**JUDGMENT**
**Entered: February 14, 2006**

By notice issued October 19, 2005 and November 9, 2005, appellants were notified that they were in default for failure to file a transcript order form. Appellants were warned that unless action was taken by November 23, 2005, the appeal would be dismissed for lack of diligent prosecution.

Appellants having failed to file a transcript order form, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 3(b).

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Galardo
**Deputy Clerk**

**Date:** 3-8-06

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

[cc: Damon M. D'Ambrosio, Esq., Marc DeSisto, Esq., Michael A. Desisto, Esq.]